Good morning. Before we begin the first case for argument, we have several other matters. We have the case of Brambilia-Guzman v. Gonzales. Counsel is here. And I understand that both parties have agreed to proceed with mediation in this matter. Is that correct? That is correct, Your Honor. All right. I appreciate the also the government's candor in sending in the letter and advising that in light of Lynn, you would have a remand in any event. And one of the reasons we left it on the calendar is we weren't sure what would be the status of the stay with respect to Eduardo, the son, in light of a remand. So now it appears we don't have to address that issue because the case would remain in the court of appeals pending mediation. Is that correct? Actually, Your Honor, we intend to send Eduardo's case back to the Board as well. So we'll send all three Petitioners and all three Ninth Circuit docket numbers back to the Board. And once you do that, then the Ninth Circuit's stay of deportation would dissolve. Is that correct? We can leave the stay in place, Your Honor. Well, you can't if it's not in the court of appeals. So that's a – I mean, that's something you'll have to deal with. In other words, if you remand the case to the Board, which I understand would make procedural sense, and there is no case in the court of appeals, it would seem to me that the stay – there would be an issue about the stay that you need to resolve between yourselves. Excuse me, Your Honor. I think because if it gets remanded, it would be reopened, and therefore, there would be no final order, and therefore, a stay would be unnecessary. So you would do all that simultaneously. So at this point, do you need time to go to mediation or simply time to work out the remand arrangements? We'd be asked that it be put into mediation so we can work out the language of the umbrella remand motion. All right. I would suggest we put the case basically on hold for 90 days pending mediation, and if for some reason you run into difficulty with the timing, then you just advise us and we'll extend holding it in advance, if that's agreeable. Thank you, Your Honor. All right.
judges: Hug, McKeown, W. Fletcher